Commonwealth ex rel. Mamuzich, Appellant, *v.*
Maroney.

Submitted April 11, 1966. *Peter Mamuzich*, appellant, in propria persona; *Joseph S. Walko*, First Assistant District Attorney, and *Robert J. Masters*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Matteson, Appellant, *v.*
Russell.

Submitted April 11, 1966. *Edison Matteson*, appellant, in propria persona; *John Fuller*, Assistant District Attorney, and *Vincent J. Pepicelli*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Montgomery, Appellant, *v.*
Duggan.

Argued April 11, 1966. *Alexander Unkovic*, with him *Meyer, Unkovic & Scott*, for appellant; *Edwin J. Martin*, Assistant District Attorney, with him *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

Watkins, J., absent.